# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **Jonathan Rute**, <br><br>     Plaintiff, <br><br> vs. <br><br> **U.S. Department of Justice and Federal Bureau of Investigation**, <br><br>     Defendants | Case No. 4:22-cv-168 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Stay (Dkt. #15.) The Court finds the motion should be, and hereby is, GRANTED, and this case is stayed until July 17, 2023.

**IT IS SO ORDERED.**

**SIGNED this 18th day of May, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE